Dismissed and Memorandum Opinion filed August 18, 2005









Dismissed and Memorandum Opinion filed August 18,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00400-CV

____________

 

BRIAN ZORNES and WILLIAM PIZZANO,
Appellants

 

V.

 

JAMES R. SUMNERS, Appellee

 



 

On
Appeal from the 55th District Court

Harris
County, Texas

Trial
Court Cause No. 04-03301

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed January 18,
2005.  On June 9, 2005, this court
ordered the parties to mediation.  Our
order required the parties to advise the court of their selection of mediator
within ten days.  No response was
filed.  Therefore, on July 14, 2005, the
court ordered the parties to comply with our June 9, 2005 order on or before
July 25, 2005.  In our order, the court
notified the parties that failure to comply with the court=s order would result in dismissal of
the appeal.  No response was filed. 








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 18, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.